ATTORNEY GENERAL *v.* MICHIGAN STATE
TELEPHONE CO.

This case is controlled by *Attorney General* v. *Michigan State Telephone Co., ante*, 372.

Appeal from Ingham; Wiest, J. Submitted April 16, 1919. (Docket No. 51.) Decided June 13, 1919.

Bill by Alex. J. Groesbeck, attorney general, against the Michigan State Telephone Company and another to restrain a proposed increase in rates. From a decree for plaintiff, defendants appeal. Reversed, and bill dismissed.

*Alex. J. Groesbeck*, Attorney General, *Leland W. Carr* and *Thomas G. Baillie*, Assistants Attorney General (*Hal. H. Smith*, of counsel), for plaintiff.

*Stevenson, Carpenter, Butzel & Backus, Charles M. Bracelen* and *Thomas G. Long* (*Leo M. Butzel* and *Eugene S. Wilson*, of counsel), for defendants.

MOORE, J. This is an appeal from a decree enjoining defendants from putting into effect telephone rates prescribed by the postmaster general. The same questions are involved as those presented in a case in which an opinion was handed down at this term, entitled *Attorney General* v. *Michigan State Telephone Co., ante*, 372. The opinion in that case is controlling.

The decree of the court below is reversed and the bill of complaint is dismissed, but without costs to either party.

BIRD, C. J., and STEERE, BROOKE, FELLOWS, STONE, and KUHN, JJ., concurred. OSTRANDER, J., did not sit.